No. 86–6139.  WATSON v. FORT WORTH BANK & TRUST.  C. A. 5th Cir.  [Certiorari granted, 483 U. S. 1004.]  Motion of the So-

licitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.